SO ORDERED.

Parker Evan Bornmann #024909
4904 S. Power Road #103-443
Mesa, AZ 85212
Telephone (480) 263-1699
Facsimile (480) 478-0714
Bornmannlawgroup@gmail.com
Attorney for Debtors

Dated: February 19, 2010



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In Re: | Chapter 7 |
|---|---|
| | Case No. 2:09-bk-32266-CGC |
| JAMES A MCALPINE, and | |
| KAREN A MCALPINE | ORDER REINSTATING CASE AND STAY |
| Debtors. | |

Upon Motion of the Debtor and for good cause shown;

IT IS ORDERED:

Reinstating this case and the Automatic Stay.

_____
Hon. Charles G. Case II